# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

* * *

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 2:09-cr-00246-RLH-RJJ |
| | ) | |
| vs. | ) | **O R D E R** |
| | ) | (Motion Pursuant to §3553–#38) |
| EFREN SELEDON-LOPEZ, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

Defendant having filed a Motion to Reduce Sentence Pursuant to 18 U.S.C. §3553 (#38 filed March 7, 2012), and the Court finding that it does not plainly appear that Defendant is not entitled to relief,

IT IS HEREBY ORDERED that a copy of the motion be delivered to the United States Attorney forthwith.

IT IS FURTHER ORDERED that the United States Attorney shall file an answer, motion or other appropriate response to the motion within sixty (60) days of the date of this Order.

Dated: March 8, 2012.

_____
**Roger L. Hunt**
**United States District Judge**